UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| ERIC T. HAMMONDS, | ) | |
| | ) | |
| Plaintiff, | ) | 1:23-CV-00081-DCLC-CHS |
| | ) | |
| v. | ) | |
| | ) | |
| THERESA CROWE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge [Doc. 13]. The magistrate judge recommends that Plaintiff's motion for leave to appeal *in forma pauperis* [Doc. 11] be denied due to the failure to state the issues that he intends to present on appeal, as required by Fed.R.App.P. 24(a)(1)(C). Plaintiff did not file any objections to the Report and Recommendation.[1] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the Report and Recommendation and Plaintiff's motion, the Court finds that the magistrate judge properly analyzed the issues presented. For the reasons set out in the Report and Recommendation, which are incorporated by reference herein, it is hereby **ORDERED** that the Report and Recommendation [Doc. 13] is **ADOPTED** and Plaintiff's motion for leave to appeal *in forma pauperis* [Doc. 11] is **DENIED**.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[1] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).